**Floyd Junior POWELL, Plaintiff— Appellant,**

v.

**Tony A. KELLER;  Jorge Sosa;  Jason Coy Reid;  Timothy James Brewer;  Larry Waters;  William Bradford;  Gretchen C.F. Shappert;  Richard L. Voorhees;  Carl Horn, Magistrate Judge;  Gregory A. Forest;  Jayme Miller;  United States Marshal Service;  Catawba County;  Catawba County Commissioners;  Sheriff of Catawba County;  Catawba County Sheriff's Department;  Coldwell Banker;  Boyd Hassell Industrial Commercial Properties;  Elvalorie Matthews;  Richard**

McDonnell; Mark T. Calloway; Newton Police Department; Conover Police Department, Defendants—Appellees.

No. 09–8172.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 2, 2010.

Decided: Feb. 25, 2010.

Floyd Junior Powell, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Junior Powell appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Powell v. Keller,* No. 5:09–cv–00126–GCM, 2009 WL 4017145 (W.D.N.C. Nov. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*